UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN C. SILVA, derivatively on behalf of DEXCOM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN R. SAYER, et al.,<br><br>Defendants. | Case Nos.: 24-cv-1645-RSH-VET<br>24-cv-1799-RSH-VET<br><br>**ORDER DIRECTING ADDITIONAL BRIEFING** |
| JEROME MALONE, derivatively on behalf of DEXCOM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN R. SAYER, et al.,<br><br>Defendants. | |

Before the Court is a joint motion to consolidate, appoint lead co-counsel, and stay proceedings filed by the Parties in *Silva v. Sayer et al.*, 24cv1645-RSH-VET ("*Silva*") and *Malone v. Sayer et al.*, 24cv1799-RSH-VET ("*Malone*," collectively "Related Actions"). Upon review of the joint motion, it appears that consolidation of these cases is appropriate. The Parties have not, however, submitted any argument or legal authority

1

supporting their requests to appoint lead co-counsel or stay the proceedings. Absent any meaningful analysis on these issues, the Court will not grant the motion.

For these reasons, the Court **DIRECTS** the Parties to submit a joint brief: (1) addressing the propriety of appointing the multiple firms as co-lead counsel in a consolidated shareholder derivative action; and (2) supporting the Parties' request to stay, taking into account the competing interests the Court must weigh under Ninth Circuit precedent. *See CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). The Parties' brief should be no more than **ten pages** in length and must be filed on or before **November 29, 2024**.

**IT IS SO ORDERED.**

Dated: November 14, 2024

_____
Hon. Robert S. Huie
United States District Judge